No. 202. Third National Bank & Trust Co. et al., Executors *v.* White, Collector of Internal Revenue.

Argued December 14, 1932. Decided December 19, 1932. *Per Curiam:* Judgment affirmed. *Tyler v. United States*, 281 U. S. 497, 504, 505; *Gwinn v. Commissioner, ante,* p. 224. *Mr. Harold P. Small* for petitioners. *Solicitor General Thacher, Assistant Attorneys General Rugg* and *Youngquist, Miss Helen R. Carloss,* and *Messrs. J. Louis Monarch* and *Erwin N. Griswold* were on the brief for respondent. By leave of Court, *Messrs. Benjamin Greenspan* and *Richard Kelly* and *Messrs. Abbot P. Mills, William P. Smith,* and *John C. Evans* filed briefs as *amici curiae.* The Circuit Court of Appeals filed no opinion. The opinion of the District Court is reported in 45 F. (2d) 911.